# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

KENNETH D. BURR, JR,

    Plaintiff,

v.                                      Case No: 5:18-cv-518-Oc-18PRL

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

# ORDER

THIS CAUSE comes for consideration on Plaintiff Kenneth D. Burr, Jr.'s appeal from a final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying Plaintiff's application for Disability Insurance Benefits ("DIB") after proceedings before an Administrative Law Judge ("ALJ").[1] On February 22, 2019, the Commissioner filed a Motion for Partial Judgment on the Pleadings (the "Motion") (Doc. 23) pursuant to Rule 12(c) of the Federal Rules of Civil Procedure (*Id.* at 1), to which Plaintiff responded in opposition (Doc. 25). Thereafter, on April 1, 2019, the United States Magistrate Judge entered an order converting the Motion to a motion for partial summary judgment (Doc. 26). On May 17, 2019, the United States Magistrate Judge issued a report and recommendation (the "Report and Recommendation") (Doc. 29) recommending that the Motion be granted after finding, "the Appointments Clause is subject to forfeiture if not raised before the ALJ, and Plaintiff has not provided a sufficient rationale for disregarding the general rule here." (*Id.* at 7-8). Plaintiff timely filed objections (Doc. 30) to the Report and Recommendation, to which the Commissioner filed a response (Doc. 31).

---

[1] The Commissioner filed a certified copy of the record before the Social Security Administration. (*See* Doc. 22.)

The ALJ's findings are supported by substantial evidence, and the ALJ applied the proper legal analysis to the claims set forth in the Motion. After *de novo* review of Plaintiff's objections to the Report and Recommendation (Doc. 29), it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Philip R. Lammens's Report and Recommendation (Doc. 29) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Defendant Commissioner of Social Security's Motion for Partial Judgment on the Pleadings (Doc. 23) is **GRANTED**.

3. Partial summary judgment is awarded in favor of Defendant Commissioner of Social Security and against Plaintiff Kenneth D. Burr, Jr. on the Appointments Clause claims set forth in Plaintiff's Complaint (Doc. 1). The Clerk of Court is directed to **ENTER JUDGMENT** accordingly.

**DONE** and **ORDERED** in Orlando, Florida on this ___14___ day of August, 2019.

**G. KENDALL SHARP**
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record