# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**KENNETH D. BURR, JR,**

    **Plaintiff,**

v.                              **Case No: 5:18-cv-518-Oc-18PRL**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

THIS CAUSE concerns Plaintiff Kenneth D. Burr, Jr.'s appeal from a final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying his application for Disability Insurance Benefits. On April 27, 2020, the United States Magistrate Judge issued a report and recommendation (the "Report and Recommendation") recommending that the Commissioner's decision be affirmed (Doc. 40). After review of the Report and Recommendation (Doc. 40) and noting that no timely objections have been filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Philip R. Lammens's Report and Recommendation (Doc. 40) is **APPROVED** and **ADOPTED** and made part of this Order for all purposes, including appellate review.

2. The Commissioner's decision is **AFFIRMED**.

3. The Clerk of Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE and ORDERED** in Orlando, Florida, this _26_ day of May, 2020.

                                                    **G. KENDALL SHARP**
                                                    **SENIOR UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record